# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

SARAH A. TREPEL
ASSOCIATE ATTORNEY

JEREMY SCHOLEM
ASSOCIATE ATTORNEY

September 26, 2016

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Whitehead v. Haggett** (12-cv-04946)

Dear Judge Donnelly:

Enclosed herewith, please find **Exhibit X** to Mr. Whitehead's Petition for Writ of Habeas Corpus. Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____
James Kousouros, Esq.

C.C.   Michael Miller, Counsel for William T. Haggett