```
COUNTY COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK - PART 7
----------------------------------------x
PEOPLE OF THE STATE OF NEW YORK,

                                  Case No.:
                                  539-07
        -against-

LAMAR WHITEHEAD,

                Defendant
----------------------------------------x
                TRIAL TRANSCRIPT
                                  March 28, 2008
                                  210 Center Drive
                                  Riverhead, New York

B E F O R E :

        THE HONORABLE JAMES HUDSON,
        Suffolk County Judge

For the People:

        THOMAS J. SPOTA, ESQ.
        District Attorney of Suffolk County
        Economic Crimes Bureau
        North County Complex
        Building 77, Veterans Memorial Highway
        Hauppauge, New York 1788
        BY: RAPHAEL PEARL, ESQ.,
        BY: JODI FRANZESE, ESQ.,
        Assistant District Attorneys

For the Defendant:

        The Law Offices of
        WILLIAM KEAHON, ESQ.
        One Suffolk Square
        Islandia, New York

Reported By:
   Jennifer Maue,
   Senior Court Reporter
```

FILED
NOV 13 2009
CLERK OF SUFFOLK COUNTY

ORIGINAL

```
 1    People v. Lamar Whitehead
 2                E V E N I N G   S E S S I O N
 3                                           10:00 p.m.
 4                                           28 March 2008
 5              THE CLERK:  Case on trial, People
 6    vs. Whitehead.  All the parties are present
 7    outside the presence of the jury.
 8              THE COURT:  The jury indicated that
 9    they would like to be excused for the weekend
10    at this juncture.  We'll bring them in, I'll
11    excuse them with the usual admonitions and
12    direct them to resume their deliberations
13    Monday morning at 9:30.
14              Is there anything to place on the
15    record before we bring in the jury and
16    discharge them for the weekend?
17              MR. KEAHON:  No, your Honor.
18              THE COURT:  Very well, thank you.
19              My compliments to the jury, their
20    presence is requested.
21              (The following occurred with the
22    jury present):
23              THE COURT OFFICER:  The jury is
24    entering.
25              THE COURT:  Thank you, please be
```

People v. Lamar Whitehead

seated.  Please be seated, everyone.

           THE CLERK:  Case on trial, People vs. Whitehead.  The jury and all parties are present.  Counsel waive the roll.

           THE COURT:  Thank you all, once again.

           Members of the jury, as today's court session draws to a close, I'm excusing you for the day.  You'll be home over this weekend and you'll be required to return Monday morning at 9:30 a.m. to resume your deliberations.  I know that you all received these admonitions yesterday.  I apologize for having to read them all at length again.

           However, you are a deliberating jury so that is why the law obliges me to give you these admonitions before you're discharged.  The law requires I restate these rules I do so in the form of a court order and the law sets forth the penalty for the violation of court ordered rules.

           They are once again, that deliberations must only be conducted in the jury room when all twelve of you are present.

```
1   People v. Lamar Whitehead
2                    You must not discuss this case
3   among yourselves or with anyone else until
4   this case is completed, and you are finally
5   discharged from the case.
6                    You must not request, accept, agree
7   to accept or discuss with any person the
8   receiving or accepting of any payment or
9   benefit in consideration for supplying
10  information concerning this trial.
11                   All deliberations must now cease
12  and must not be resumed until Monday, when all
13  twelve of you have returned and are together
14  again in the jury room.
15                   A juror must also promptly report
16  to this court any attempt by anyone to
17  improperly influence any member of this jury.
18  Do not visit the place where the crimes
19  charged were allegedly committed or any place
20  discussed in the trial.
21                   Do not read, view or listen to
22  accounts or discussions of the case that may
23  be reported by the news media, on the
24  Internet -- once again the law requires me to
25  explain why these rules are so important.
```

```
1    People v. Lamar Whitehead
2                    The law does not want you to talk
3    to anyone about the case for many reasons .
4    Except for another juror no one else has seen
5    or heard the witnesses testify in this case or
6    seen the exhibits.  So no one except another
7    juror, except another one of you twelve, is
8    competent to judge fairly the witnesses and
9    other evidence.
10                   Second, each of you has been judged
11   to be fair, and each of you has promised to be
12   fair, and no one else is so qualified.
13                   There are other reasons but that
14   should suffice to emphasize the importance of
15   not speaking to anyone about this case or
16   allowing it to be spoken to you about the case
17   in your presence.
18                   The law does not want you to visit
19   any of the places discussed in the testimony
20   and after you begin your deliberations, there
21   may be a greater temptation to visit the place
22   discussed in the testimony.  You must resist
23   the temptation at all hazards.  First, you
24   cannot always be assured the place discussed
25   in the testimony is in the same condition as
```

Jennifer Maue, Senior Court Reporter    (631)852-2153

Case 2:12-cv-04946-AMD   Document 16-38   Filed 10/13/16   Page 6 of 8 PageID #: 7032

6

People v. Lamar Whitehead

it was on the date in question.

Most importantly, remember as always, you are jurors not witnesses. Once you go to the place discussed in the testimony with a view towards evaluating the evidence in light of what you personally see, you are no longer a juror, you have become a witness, a silent witness, and you may now have an erroneous view that is not subject to examination by either party.

Finally, the law requires that you not read or listen to news accounts of the case. Should there be any, you are required to discuss and decide the evidence on this case you have heard on the courtroom, and you must not decide the case based on a journalist's view of the case.

I know you understand the importance of abiding by these rules in accordance with your promise and oath to me, and I know you will do so. See you Monday morning, at 9:30. Thank you for your hard work.

Thank you, good night. Safe home.

Jennifer Maue, Senior Court Reporter    (631)852-2153

```
 1   People v. Lamar Whitehead
 2                (The Jury is excused)
 3                THE COURT:  Thank you.
 4                Please be seated.  Are there any
 5   exceptions to the court's instructions to the
 6   jury?
 7                MR. KEAHON:  No, your Honor.
 8                MR. PEARL:  No thank you, your
 9   Honor.
10                THE COURT:  Thank you all, once
11   again.  And the court will stand in recess to
12   reconvene Monday morning at 9:30, for the call
13   of the calendar.  At the same time, the jury
14   will resume its deliberations.  Thank you all.
15                MR. KEAHON:  Thank you, have a nice
16   weekend.
17                (Trial adjourned to Monday, March
18   31, 2008, 9:30 a.m.)
19                         -o0o-
20
21
22
23
24
25
```

Jennifer Maue, Senior Court Reporter    (631)852-2153

```
1    People v. Lamar Whitehead
2                    C E R T I F I C A T E
3
4           I, JENNIFER MAUE, a Senior Court
5    Reporter, do hereby certify, that the
6    foregoing matter is a true and accurate
7    transcription of my shorthand notes.
8           IN WITNESS WHEREOF, I have hereunto
9    set my hand.
10
11                    _____
12                    JENNIFER MAUE
```